14-14-00465-CR

Cause No. 1380494

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

MAY 26 2015

CHRISTOPHER A PRINE
CLERK

The State Of Texas             In The 327th

VS.             Judicial District Court

Wade E Dix             Harris      County, Texas

## Motion To Dismiss Court Appointed Attorney
## And Appoint New Counsel To Act On Behalf Of Defendant

MAILED 5/21/15

To The Honorable Judge Of Said Court:

COMES NOW, Wade Eugene Dix, defendant, in the above entitled and numbered cause, and moves the Court for an order to Dismiss the defendant's court Appointed Counsel of record and appoint a new Counsel to act on behalf of the Defendant, and in support of this motion the Defendant show that:

### I

The Defendant is presently represented in this cause by Keisha L. Smith, whom the Court appointed some 11 months previous to the date of the filing of this motion.

### II

That the aforesaid attorney has failed, and is continuing to fail, to provide Defendant with the reasonably effective assistance of Counsel that he is entitled to, in that:

(A) Counsel has had no contact with Defendant in the past months.

(B) Counsel has taken no affirmative action to preserve and protect valuable rights of the Defendant.

(C) Defendant by way of and because of these actions has no faith and confidence in aforesaid.

### III

Defendant is not able to work with and place his trust in the aforesaid attorney.

### IV

The Court should appoint a new Counsel to act in behalf of the Defendant in order that he/she is assured the reasonably effective assistance of Counsel that he/she is entitled to.

WHEREFORE, premises considered, defendant prays that this Court dismiss Keisha L. Smith as Defendant's counsel and appoint a new counsel to act in behalf of Defendant.

Respectfully submitted this the _____ 20th _____ day of ~~MAY~~ May, 20 15.

WADE E. DIX
Defendant

"I, Wade Eugene Dix SPN# 00313459 from Texas Department Of Corrections Or County Jail, being presently incarcerated in Harris County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 5/20/2015 _____
(DATE)

WADIX
(SIGNATURE)

## Order

On this the _____ day of _____, 20 ___, came to be heard petitioner's motion, and it appears to this Court that it should be:

Granted _____

Denied _____, and it is so ordered.

_____
JUDGE PRESIDING